AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| SULEYMAN KUCUR on behalf of himself or herself and all other similarly situated consumers<br><br>*Plaintiff(s)*<br><br>v.<br><br>CREDIT CORP SOLUTIONS INC. DBA TASMAN CREDIT<br><br>*Defendant(s)* | Civil Action No. 19cv2024 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Credit Corp Solutions Inc.
DBA Tasman Credit
121 W Election Rd.
Ste 200
Draper, Ut 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jacob Silver
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
silverbankruptcy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/8/2019

/s/ *Priscilla Bowens*
*Signature of Clerk or Deputy Clerk*